ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 4119 DEMOLINE CIRCLE TRUST, a Nevada limited liability company,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association; its Successors and Assigns; NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, a foreign business entity; NATIONAL DEFAULT SERVICING CORPORATION, a foreign business entity; and DOES and ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 2:22-cv-00558-RFB-BNW<br><br>**RENEWED STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant NewRez LLC dba Shellpoint Mortgage Servicing and Plaintiff Saticoy Bay LLC Series 4119 Demoline Circle Trust, by and through their respective counsel of record, stipulate and agree that Shellpoint shall have up to and including **Monday, May 2, 2022**, to file their responsive pleading in this matter.

///

///

The parties enter into this stipulation to address current time and scheduling constraints on Shellpoint's counsel. The undersigned counsel for Shellpoint has been dealing with a serious illness in the family that has required counsel's attention and has impacted Shellpoint's ability to file its responsive pleading within the current deadline. Additionally, the parties are currently exploring the potential for settlement prior to incurring additional expenses in this matter.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED: April 21, 2022. | DATED: April 21, 2022. |
| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| /s/ Nicholas E. Belay<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | /s/ Edgar C. Smith<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>EDGAR C. SMITH, ESQ.<br>Nevada Bar No. 5506<br>2810 West Charleston Boulevard, Suite 75<br>Las Vegas, Nevada 89102<br><br>*Attorney for Saticoy Bay LLC Series 4119 Demoline Circle Trust* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:22-cv-00558-RFB-BNW

April 25, 2022
_____
**DATED**

2

63008168;1