ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba
Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 4119 DEMOLINE CIRCLE TRUST, a Nevada limited liability company,<br><br>                          Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association; its Successors and Assigns; NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, a foreign business entity; NATIONAL DEFAULT SERVICING CORPORATION, a foreign business entity; and DOES and ROE CORPORATIONS 1 through 10, inclusive,<br><br>                          Defendants. | Case No.: 2:22-cv-00558-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Plaintiff Saticoy Bay LLC Series 4119 Demoline Circle Trust, and Defendant NewRez LLC dba Shellpoint Mortgage Servicing, hereby stipulate and agree that Shellpoint shall have an additional two (2) weeks, up to and including **February 7, 2023**, to file its reply in support of NewRez LLC dba Shellpoint Mortgage Servicing's motion for summary judgment, which is currently due on January 24, 2023, pursuant to ECF No. 29.  The parties enter into this stipulation to address current time and scheduling constraints on Shellpoint's counsel.

{68350158;1}

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 24th day of January, 2023.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| _/s/ Nicholas E. Belay_ | _/s/ Christopher L. Benner_ |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| NATALIE L. WINSLOW, ESQ. | CHRISTOPHER L. BENNER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8963 |
| NICHOLAS E. BELAY, ESQ. | 2810 West Charleston Boulevard, Suite 67 |
| Nevada Bar No. 15175 | Las Vegas, Nevada 89102 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | _Attorneys for Saticoy Bay LLC Series 4119_ |
| | _Demoline Circle Trust_ |
| _Attorneys for NewRez LLC dba_ | |
| _Shellpoint Mortgage Servicing_ | |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of Janaury, 2023.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572